# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

**UNITED STATES OF AMERICA**          **CASE NO. 6:21-CR-00177-08**

**VERSUS**                             **JUDGE DAVID C. JOSEPH**

**BRANDON FONTNETT (08)**              **MAGISTRATE JUDGE PATRICK J. HANNA**

## MINUTES OF COURT:
### Initial Appearance \ Arraignment

| | | | |
|---|---|---|---|
| Date: | May 18, 2022 | Presiding: | Magistrate Judge Patrick J. Hanna |
| Court Opened: | 1:24 pm | Courtroom Deputy: | Chrissy Craig-Fontenot |
| Court Adjourned: | 1:33 pm | Court Reporter: | Zoom Recording |
| Statistical Time: | :09 | Courtroom: | Video Conference |
| | | Probation Officer: | Michael Christy |

## APPEARANCES

| | | |
|---|---|---|
| Daniel J Vermaelen (AUSA) | For | United States of America |
| Kristen Joy Richardson (CJA) | For | Brandon Fontnett, Defendant |
| Brandon Fontnett | | (IN CUSTODY) |

## PROCEEDINGS

**INITIAL APPEARANCE:**
Defendant Sworn
Defendant Advised of Charges, Maximum Penalties & Rights

Based on the information contained in the Pretrial Services Report and information provided by the defendant, the court finds that defendant does not have the financial resources to retain counsel. Order appointing the Office of the Public Defender to represent defendant signed.

**ARRAIGNMENT ON: Superseding Indictment**
Reading Waived
Plea Entered: Not Guilty to all counts of the Superseding Indictment
Arraignment Held

Detention Hearing: Waived

As required by Rule 5(F), the United States was Ordered to produce all exculpatory evidence to the defendant pursuant to *Brady v. Maryland*, 373 U.S. 83 (1963) and its progeny, not doing so in

a timely manner may result in sanctions, including exclusion of evidence, adverse jury instructions, dismissal of charges and contempt proceedings.

Defendant remanded to the custody of the U.S. Marshal Service pending trial.

**FILINGS:**
Order Appointing Counsel
Order Appointing CJA Panel Attorney
Waiver of Detention Hearing
Order of Detention Pending Trial